```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PEDRO ORTEGA DOMINGUEZ,                                     :
                                    Plaintiff,              :
                                                            :
            -against-                                       :
                                                            :
BURGOS RESTAURANT CORP., et al.,                            :
                                    Defendants.             :
                                                            :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/22/2018

17 Civ. 8327 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 18, 2018, the parties filed their joint letter, their settlement agreement and attorneys' billing records;

WHEREAS, on June 1, 2018, an Order required the parties to file a fully executed settlement agreement;

WHEREAS, on June 20, 2018, the parties filed the fully executed settlement agreement;

**ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiffs' claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that Plaintiffs' counsel's request for $7,019 inclusive of costs, is **DENIED**. Plaintiff's counsel is awarded **$6,000** as reasonable attorneys' fees and **$528** as reasonable costs, for a total of **$6,528** from the settlement. The remainder of the settlement shall be distributed to Plaintiff.

Courts in this District have consistently found that "the reasonable hourly billing rate for partners in wage-and-hour cases is between $300 and $400 per hour and the reasonable hourly billing rate for mid-level associates is approximately $200 per hour." *McGreevy v. Life Alert Emergency Response, Inc.*, No. 15 Civ. 7457, 2017 WL 1534452, at *7 (S.D.N.Y. Apr. 28, 2017) (collecting cases). A reasonable hourly billing rate for Mr. Fallace is $400 per hour. A reasonable hourly rate for Mr. Androphy is $350 per hour, given that he has more experience than a mid-level associate but less than a partner. A reasonable billing rate for a paralegal is $100. The lodestar calculated based on these hourly billing rates is $3,700. The $6,000 attorneys' fees award represents a 1.62 multiplier, which is well within the range of multipliers that courts have allowed. *See, e.g.*, *Manley v. Midan Rest. Inc.*, No. 14 Civ. 1693, 2017 WL 1155916, at *13 (S.D.N.Y. Mar. 27, 2017) (finding that a multiplier of 1.63 within the well accepted range within this District). The $6,528 fees and costs award represents 32.6% of the total settlement.

The Clerk of Court is respectfully directed to close this case.

Dated: June 22, 2018
      New York, New York

                                                **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**